IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GUSTAVO A. MUNOZ,** **#R29347,** | |
| **Plaintiff,** | |
| v. | Case No. 24-CV-01664-SPM |
| **WEXFORD HEALTH SOURCES, INC.,** *et al.*, | |
| **Defendants.** | |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter comes before the Court for purposes of docket management. On May 20, 2025, this Court granted Plaintiff Gustavo A. Munoz's Motion for Recruitment of Counsel (Doc. 36). Attorney Conor Stremlau of firm Heyl, Royster, Voelker & Allen, P.C. was recruited to represent Plaintiff Munoz in this matter. (*Id.*). On June 3, 2025, Attorney Stremlau filed a Motion for Relief from Assignment of Counsel for Plaintiff filed pursuant to Local Rule 83.11, stating that a conflict of interest existed which precluded him from representing Plaintiff Munoz in this matter. (Doc. 37). Finding that a conflict of interest did exist, this Court granted Attorney Stremlau's Motion and terminated him from the matter. (Doc. 41). This Court now takes up the matter of recruiting new counsel for Plaintiff Munoz.

**IT IS HEREBY ORDERED** that, for the reasons stated in this Court's Order issued on May 20, 2025 (Doc. 36), and in accordance with 28 U.S.C. § 1915(e)(1) and Local Rule(s) 83.1(i) and 83.9(b), attorney Timothy M. Guntli of

Dentons US LLP, 101 South Hanley Road, Suite 600, St. Louis, MO 63105, is **ASSIGNED** to represent Plaintiff Gustavo A. Munoz in this civil rights case. On or before June 19, 2025, assigned counsel shall enter his/her appearance in this case. Attorney Guntli is free to share responsibilities with an associate who is also admitted to practice in this district court. Assigned counsel, however, must enter the case and shall make first contact with Plaintiff, explaining that an associate may also be working on the case. Plaintiff should wait for his attorney to contact him in order to allow counsel an opportunity to review the court file.

The Clerk of Court is **DIRECTED** to transmit this Order and copies of the docket sheet and Docs. 1, 14, 30, and 35 to Attorney Guntli. The electronic case file is available through the CM-ECF system.

Now that counsel has been assigned, Plaintiff <u>shall not</u> personally file anything in this case, except a pleading that asks that he be allowed to have counsel withdraw from representation. If counsel is allowed to withdraw at the request of Plaintiff, there is no guarantee the Court will appoint other counsel to represent Plaintiff.

Counsel is **ADVISED** to consult Local Rules 83.8-83.14 regarding *pro bono* case procedures.

Section 2.6 of this Court's Plan for the Administration of the District Court Fund provides for a degree of reimbursement of *pro bono* counsel's out-of-pocket expenses, as funds are available. The Plan can be found on the Court's website, as well as the form motion for out-of-pocket expenses and an

Authorization/Certification for Reimbursement. Any motion for reimbursement must be made within 30 days from the entry of judgment, or reimbursement will be waived. *See* SDIL-LR 83.13. The funds available for this purpose are limited, however, and counsel should use the utmost care when incurring out-of-pocket costs. In no event will funds be reimbursed if the expenditure is found to be without a proper basis. The Court has no authority to pay attorney's fees in this case. No portion of a partial filing fee assessed pursuant to 28 U.S.C. § 1915 will be reimbursed. Counsel may be reimbursed for PACER fees for this case.

The district court has entered into an agreement with attorney Alan Mills and the Uptown People's Law Center to consult with lawyers on issues in these cases, including substantive and procedural questions (both legal and practical) and dealing with the client. Mr. Mills can be reached by email at alan@uplcchicago.org. He can also be reached by phone at 773-769-1411; however, email is his preferred means of contact. His services are available to counsel free of charge, as long as counsel is representing a prisoner *pro bono* on a case in the district. In addition, the Court's website, www.ilsd.uscourts.gov, includes a guide for attorneys which is available as a resource. It is listed under "Rules and Forms" as "Guide for Attorneys Recruited to Represent Plaintiffs in Section 1983 Cases." The Court encourages appointed counsel to consult it, and Mr. Mills as needed.

As of this date, Plaintiff's contact information is:

**GUSTAVO A. MUNOZ, #R29347**

**SHAWNEE CORRECTIONAL CENTER**

**6665 ROUTE 146 EAST**

**VIENNA, IL 62995**

**IT IS SO ORDERED.**

**DATED:  June 5, 2025**

                                                    <u>**s/ *Stephen P. McGlynn*** </u>
                                                    **STEPHEN P. McGLYNN**
                                                    **U.S. District Judge**